460 A.2d 752

**COMMONWEALTH of Pennsylvania**

v.

**David ORTIZ, Appellant.**

Supreme Court of Pennsylvania.

Submitted April 26, 1983.

Decided May 27, 1983.

Nino V. Tinari, Philadelphia, for appellant.

Robert B. Lawler, Chief, Appeals Div., Denis P. Cohen, Asst. Dist. Attys., for appellee.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

## ORDER

PER CURIAM.

On direct appeal from judgments of sentence, appellant challenges the sufficiency of the evidence to convict of murder of the third degree, and further challenges, as a matter of law, the credibility of Commonwealth witness Alfred Beauchamp. After thorough review of the record, we have determined appellant's arguments to be without merit.

Judgments of sentence affirmed.